| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:10-CR-91 (1) |
| | § | |
| PATRICK ORR | § | |

## MEMORANDUM AND ORDER

Pending before the court is Patrick Orr's ("Orr") *pro se* Motion for Emergency Medical Furlough (#144). Having considered the motion, the record, and the applicable law, the court is of the opinion that the request should be denied.

I.    Background

On October 26, 2011, the court sentenced Orr to 308 months' imprisonment, which consisted of 188 months on Count Two and 120 months on Count Three of the Indictment, to be served consecutively. Orr is currently housed at United States Penitentiary Terre Haute, located in Terre Haute, Indiana. His projected release date is December 30, 2037.

II.   Analysis

Orr asks the court to grant him an emergency medical furlough in order to allow him to seek medical treatment. Orr asserts that the Bureau of Prisons ("BOP") is denying him necessary back surgery and medication.

After the court sentences a defendant, it no longer has the authority to grant the defendant a furlough. *United States v. Padilla*, No. CR 09-3598 JB, 2012 WL 2175749, at *3 (D.N.M. May 31, 2012) ("For the Court to change [defendant's] sentence and allow a furlough would be to give him a new sentence, with a break, or make it effectively an intermittent sentence."); *see United States v. Premachandra*, 78 F.3d 589, 1996 WL 102567, at *1 (8th Cir. 1996). Rather,

under 18 U.S.C. § 3622, the BOP has the sole authority to grant furloughs under certain circumstances. *United States v. Lopez*, No. W-10-CR-297 (4), 2020 WL 3490225, at *4 (W.D. Tex. June 26, 2020) ("[W]hether to furlough an inmate is an issue reserved to the BOP's discretion." (citing 18 U.S.C. § 3622))); *Padilla*, 2012 WL 2175749, at *3 ("Congress has expressly provided that the BOP has authority to grant furloughs and has not vested such authority with the courts." (citing 18 U.S.C. § 3622)); *see United States v. Allen*, No. CR 12-138, 2020 WL 3076668, at *3 (E.D. La. June 10, 2020) ("The plain text of [18 U.S.C. § 3622] identifies furlough as a decision for the BOP, not the Court."). Accordingly the court does not have the authority to grant Orr's request for an emergency medical furlough.

III.    Conclusion

In accordance with the foregoing analysis, Orr's *pro se* Motion for Emergency Medical Furlough (#144) is denied.

SIGNED at Beaumont, Texas, this 19th day of May, 2026.

.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE